No. 93–1636. SWINT ET AL. *v.* CHAMBERS COUNTY COMMISSION ET AL. C. A. 11th Cir. Certiorari granted.

No. 93–1677. OKLAHOMA TAX COMMISSION *v.* JEFFERSON LINES, INC. C. A. 8th Cir. Certiorari granted.

No. 93–1328. INTERNATIONAL UNION OF ELECTRONIC, ELECTRICAL, TECHNICAL, SALARIED & MACHINE WORKERS, AFL–CIO, ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 93–1348. ADAMS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–1377. WARDLAW *v.* PICKETT ET AL. C. A. D. C. Cir. Certiorari denied.

No. 93–1437. GILFORD PARTNERS *v.* PIZITZ ET AL. Sup. Ct. Ala. Certiorari denied.

No. 93–1459. GREENFIELD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–1461. MAG INSTRUMENT, INC. *v.* COMMISSION OF PATENTS AND TRADEMARKS. C. A. Fed. Cir. Certiorari denied.

No. 93–1463. SOUTHWESTERN BELL TELEPHONE CO. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 93–1468. POPELKA ET AL. *v.* LEE ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–1469. FOXWOOD MANAGEMENT CO. ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–1478. ANDERSON ET AL. *v.* MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.